IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Global House Buyer Limited, | No. CV-17-00847-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| James Daniel Clark, et al., | |
| Defendants. | |

On April 3, 2017, Plaintiff Global House Buyer Limited filed a First Amended Complaint against Defendants James Daniel Clark, American Impact Energy, LLC, and American Impact Energy I, LLC. (Doc. 41.) Defendants were served on May 17, 2017. (Doc. 69-1.) Defendant James Daniel Clark did not answer or respond to the First Amended Complaint, and Defendants American Impact Energy, LLC and American Impact Energy I, LLC have not appeared in this action.

On June 16, 2017, Plaintiff filed an Application for Entry of Default as to all Defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (Doc. 69.) On June 21, 2017, the Clerk of Court entered default as to Defendant James Daniel Clark only. (Doc. 72.) Having reviewed the application, the Court will enter default as to remaining Defendants American Impact Energy, LLC and American Impact Energy I, LLC. *See* 10A Charles Alan Wright, Arthur R. Miller & Edward H. Cooper, Federal Practice and Procedure § 2682 (2017) ("The fact that Rule 55(a) gives the clerk authority to enter a default is not a limitation on the power of the court to do so").

On July 5, 2017, Plaintiff filed an Application for Entry of Default Judgment against Defendants pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. (Doc. 73.) No response has been filed. Having reviewed Plaintiff's application, the exhibits thereto, the record in this matter, and considered the factors under *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986) as a whole, the Court concludes that the entry of default judgment against all Defendants is appropriate. Accordingly,

**IT IS ORDERED:**

1. That Plaintiff's Application for Entry of Default as to Defendants American Impact Energy, LLC and American Impact Energy I, LLC (Doc. 69) is **granted**;

2. That **default** is entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Defendants American Impact Energy, LLC and American Impact Energy I, LLC;

3. That Plaintiff's Motion for Default Judgment (Doc. 73) is **granted**;

4. That **default judgment** is entered pursuant to Rule 55(b) of the Federal Rules of Civil Procedure in favor of Plaintiff Global House Buyer Limited against Defendants James Daniel Clark, American Impact Energy, LLC, and American Impact Energy I, LLC in the total amount of **$313,750.00**; and

5. That the Clerk of Court shall **terminate** this action and enter judgment accordingly.

Dated this 20th day of July, 2017.

Honorable Steven P. Logan
United States District Judge